**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 8, 2013.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-12-01110-CV**

**IN RE EDWARD R. NEWSOME, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-06163**

## MEMORANDUM OPINION

On December 13, 2012, relator Edward R. Newsome filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52.

In his petition, relator does not ask this court to compel any action by the trial court, nor does he attach to his petition any ruling by the trial court of which

he may complain. Relator refers to a final judgment in a civil suit that was appealed to this court. *See Newsome v. St. Luke's Hosp.*, 2007 WL 1558759, No. 14-06-01149-CV (Tex. App.—Houston [14th Dist.] May 31, 2007, no pet.) (mem. op.). Relator appears to be seeking to further litigate this suit and a motion to transfer venue.

Mandamus relief is available if the trial court abuses its discretion, either in resolving factual issues or in determining legal principles, when there is no other adequate remedy at law. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992). A trial court abuses its discretion if it reaches a decision so arbitrary and unreasonable as to amount to a clear and prejudicial error of law, or if it clearly fails to analyze or apply the law correctly. *In re Cerberus Capital Mgmt., L.P.*, 164 S.W.3d 379, 382 (Tex. 2005). The relator has the burden to present a petition and record showing that he is entitled to mandamus relief. *See* Tex. R. App. P. 52.3, 52.7; *In re Houstonian Campus, L.L.C.*, 312 S.W.3d 178, 187 (Tex. App.-Houston [14th Dist.] 2010, orig. proceeding).

Relator has not established that he is entitled to relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and McCally.